IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL LEE HOULE,

    Plaintiff,                              CV F 05 1231 AWI WMW   P

vs.                                      ORDER RE MOTION (DOC 10 )

M. THOMPSON,

    Defendant.

    Plaintiff has filed a motion requesting the court to direct Defendant to respond to the complaint.  Concurrent with this order, an order will be issued, dismissing the original complaint with leave to file an amended complaint.  Until such time as the court determines that Plaintiff states a colorable claim against Defendant, no such order will issue.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion requesting a response from Defendant is denied.

IT IS SO ORDERED.

**Dated:   July 17, 2006**                       **/s/  William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE